UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANDRA A. DIXON,  JUDGMENT
 05-CV- 3697 (DGT)
                 Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 2 2006 ★

                 Defendant.
-----------------------------------------------------------------X

BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on April 25, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
      May 01, 2006

                                      s/Robert C. Heinemann
                                      ROBERT C. HEINEMANN
                                      Clerk of Court